IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ADVANCED MARKETING SERVICES, INC., *et al.*,[1]<br><br>    Debtors.<br><br>CURTIS R. SMITH, PLAN ADMINISTRATOR OF ADVANCED MARKETING SERVICES, INC. (REORGANIZED),<br><br><br><br>              Plaintiff,<br>  v.<br>[See Attached Exhibit A]<br><br>              Defendant. | Chapter 11<br><br>Case No. 06-11480 (CSS)<br><br>Jointly Administered<br><br><br><br><br><br>Adv. Pro. No. [SEE ATTACHED EXHIBIT A] (CSS) |

**NOTICE OF FILING OF STATUS REPORT
REGARDING ADVERSARY PROCEEDINGS**

Plaintiff in the above-captioned adversary proceedings (collectively, the "Plaintiff") hereby submits the attached status report regarding adversary proceedings which sets forth the current status of the adversary proceedings commenced by Plaintiff and identified in Exhibit A hereto.

---

[1] The Debtors are the following entities: Advanced Marketing Services, Inc., a Delaware corporation, Publishers Group Incorporated, a California corporation, and Publishers Group West Incorporated, a California corporation.

Dated: July 13, 2009
      Wilmington, Delaware

*/s/ Michael Frank*
--------------------------------
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Marcos A. Ramos (No. 4450)
Michael W. Romanczuk (No. 4751)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

LOWENSTEIN SANDLER PC
Bruce Nathan
Bruce Buechler
Joseph M. Yar
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500

ATTORNEYS FOR THE PLAINTIFF

# EXHIBIT A

|     | Defendant Name | Adv. Pro. No. |
| --- | --- | --- |
| 1.  | Bearing Point, Inc. | 08-51568 |
| 2.  | Bullocks Express Transportation | 08-51569 |
| 3.  | Dependable Hawaiian Express | 08-51570 |
| 4.  | Ediz. White Star, *et al.* | 08-51571 |
| 5.  | EtransSource.com | 08-51572 |
| 6.  | Chart Studio, et al. | 08-51577 |
| 7.  | Logicalis Inc. | 08-51579 |
| 8.  | Next Day Staffing Inc. | 08-51581 |
| 9.  | LMR Solutions | 08-51585 |
| 10. | Miles Kelly Publishing Ltd. | 08-51586 |
| 11. | Publications International | 08-51592 |
| 12. | American Book Company | 08-51817 |
| 13. | Good Books | 08-51818 |
| 14. | North Light Books | 08-51819 |
| 15. | Etrans Express, Inc. | 08-51820 |
| 16. | Venture Logistics Services, Inc. | 08-51821 |
| 17. | Bluered Press, Ltd. | 08-51823 |
| 18. | Konemann in Der Tanderm Verlag GMBH | 08-51824 |
| 19. | Igloo Books Ltd. | 08-51825 |
| 20. | Five Mile Press | 08-51826 |
| 21. | Amber Books Ltd. | 08-51827 |
| 22. | Random House Australia | 08-51867 |
| 23. | Vitran Express | 08-51895 |

Advanced Marketing Services, Inc. (Reorganized)
Status A - Cases In Which Service Has Not Been Completed

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Miles Kelly Publishing Ltd. [2] | 08-51586 | A | Plaintiff filed *Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries* (the "Motion") on February 9, 2009. The Court entered an order approving the Motion on March 9, 2009. Plaintiff is working with the special process agent to effectuate service on defendant. Court entered Request for Judicial Assistance (Letter Rogatory) on 7/1/09. |
| Five Mile Press P/L [2] | 08-51826 | A | Plaintiff filed *Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries* (the "Motion") on February 9, 2009. The Court entered an order approving the Motion on March 9, 2009. Plaintiff is working with the special process agent to effectuate service on defendant. Court entered Request for Judicial Assistance (Letter Rogatory) on 7/1/09. |

[1] Alias Summons filed on 4/17/09 and Plaintiff is working with the special process agent to have the Alias Summons served upon defendant.

[2] Alias Summons filed on 4/3/09 and Plaintiff is working with the special process agent to have the Alias Summons served upon defendant.

Advanced Marketing Services, Inc. (Reorganized)
Status B - Cases In Which Service Is Complete, But Answers Are Still Due

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Chart Studio, et al.[1,2] | 08-51577 | B | Plaintiff filed and served an amended complaint on December 23, 2008. No answer has been filed. Court entered Request for Judicial Assistance (Letter Rogatory) on 7/1/09. |
| Bluered Press Ltd.[1] | 08-51823 | B | Plaintiff served the complaint by alias summons dated April 17, 2009. No answer has been filed. |
| Konemann In Der Tanderm Verlag GMBH[1,4] | 08-51824 | B | Plaintiff filed *Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries* (the "Motion") on February 9, 2009. The Court entered an order approving the Motion on March 9, 2009. Plaintiff is working with the special process agent to effectuate service on defendant. |
| Igloo Books Ltd.[1,3] | 08-51825 | B | Plaintiff served the complaint by alias summons dated April 17, 2009. No answer has been filed. |

[1] Plaintiff believes that it has effectuated proper service. However, as the defendant may be a foreign entity, out of an abundance of caution, Plaintiff filed *Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries* on February 9, 2009 and an order entered approving the motion was entered on March 9, 2009.

[2] Alias Summons filed on 4/3/09 and Plaintiff is working with the special process agent to have the Alias Summons served upon defendant.

[3] Alias Summons filed on 4/17/09 and Plaintiff is working with the special process agent to have the Alias Summons served upon defendant.

[4] Special Process Agent served the defendant on June 15, 2009.

3411139_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status C - Cases In Which Service is Complete, No Answer Has Been Filed, and A Motion is Being Made for Default Judgment

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| None. | | | |

Advanced Marketing Services, Inc. (Reorganized)
Status D - Cases In Which a Settlement Agreement Has Been Filed With the Court

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Afflink Integrated Supply Solutions | 08-51566 | D | Stipulation of dismissal filed on 6/19/09. |
| Allied Barton Security Services | 08-51567 | D | Stipulation of dismissal filed 7/2/09. |
| Cenveo Trafton and Cenveo Trafton Printing, Inc. | 08-51575 | D | Notice of dismissal filed 7/2/09. |
| MQ Publications | 08-51582 | D | Closed by entry of default on 6/2/09. |
| Reddaway, et al. | 08-51587 | D | Stipulation of dismissal filed 6/10/09. |
| Reader's Digest Children's Publisher | 08-51593 | D | Stipulation of dismissal filed 7/2/09. |
| Associated Material Handling Inc. | 08-51822 | D | Stipulation of dismissal filed 6/9/09. |

3411139_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status E - Cases That Have Been Resolved/Settled, But In Which Notice of Dismissal Cannot Yet Be Filed

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| American Book Company | 08-51817 | E | The parties have agreed to a settlement in principle and are working to document their agreement in writing. |
| Amber Books Ltd.[1,2] | 08-51827 | E | The parties have agreed to a settlement in principle and are working to document their agreement in writing. |

[1] Plaintiff believes that it has effectuated proper service. However, as the defendant may be a foreign entity, out of an abundance of caution, Plaintiff filed *Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries* on February 9, 2009 and an order entered approving the motion was entered on March 9, 2009.

[2] Alias Summons filed on 4/17/09 and Plaintiff is working with the special process agent to have the Alias Summons served

Advanced Marketing Services, Inc. (Reorganized)
Status F - Cases In Which Service is Complete, Answer Has Been Filed, and Discovery/Disclosures Are Underway

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| None. | | | |

3411139_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status G - Cases In Which a Mediator Has Been Selected or Appointed

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Bullocks Express Transportation | 08-51569 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| Dependable Hawaiian Express | 08-51570 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| EtransSource.com | 08-51572 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| Logicalis Inc. | 08-51579 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| Next Day Staffing Inc. | 08-51581 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| LMR Solutions | 08-51585 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| Publications International | 08-51592 | G | Service is complete, answer has been filed. Plantiff has agreed to extend the deadline for fact discovery until August 28th, 2009 and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |

Advanced Marketing Services, Inc. (Reorganized)
Status G - Cases In Which a Mediator Has Been Selected or Appointed

| | | | |
|---|---|---|---|
| Good Books | 08-51818 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| North Light Books | 08-51819 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| Etrans Express, Inc. | 08-51820 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| Venture Logistics Services, Inc. | 08-51821 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| Random House Australia | 08-51867 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. |
| Vitran Express | 08-51895 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by October 26, 2009. Mediator, Ian Conner Bifferato, assigned on 6/30/09. |

Advanced Marketing Services, Inc. (Reorganized)
Status H - Cases That Are Ready For Trial

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| None. | | | |

3411139_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status I - Cases In Which There Are Dispositive Motions Pending

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Ediz. White Star, et al. [1,2] | 08-51571 | I | Plaintiff filed and served an amended complaint on December 23, 2008. Motion to dismiss adversary proceeding filed by defendant on March 16, 2009. Defendant extended Plaintiff's deadline to respond indefinitely. |

1 Plaintiff believes that it has effectuated proper service. However, as the defendant may be a foreign entity, out of an abundance of caution, Plaintiff filed *Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries* on February 9, 2009 and an order entered approving the motion was entered on March 9, 2009.

2 Alias Summons filed on 4/17/09 and Plaintiff is working with the special process agent to have the Alias Summons served upon defendant.

3411139_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status J - Cases Which Are Stayed By The Filing of Another Bankruptcy Action

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Bearing Point, Inc. | 08-51568 | J | The defendant filed for Chapter 11 bankruptcy on February 18, 2009 |

3411139_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status K - Cases In Which an Appeal is Pending

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| None. | | | |