# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ADVANCED MARKETING SERVICES, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No.: 06-11480 (CSS) <br> (Jointly Administered) |
| CURTIS R. SMITH, PLAN ADMINISTRATOR OF ADVANCED MARKETING SERVICES, INC. (REORGANIZED), <br><br> Plaintiff, <br> v. <br><br> AMBER BOOKS, LTD., <br><br> Defendant. | Adv. Pro. No.: 08-51827 (CSS) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that attached hereto as Exhibit A is a copy of the proof of service of the complaint and related documents in this adversary proceeding.

Dated: July 17, 2009
Wilmington, Delaware

*[signature]*

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Marcos A. Ramos (No. 4450)
Michael W. Romanczuk (No. 4751)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Bruce Nathan
Bruce Buechler
Joseph M. Yar
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Fax: (973) 597-2400


*Attorneys for the Plaintiff*

# **EXHIBIT A**

RLF1-3416727-1

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **08 May 2009**
que le demande a ete executee    le (date)

-at (place, street, number)   AMBER BOOKS LTD
-a (localite, rue, numero)    74 - 77 WHITE LION STREET
                              LONDON
                              N1 9PF

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)   **In Person**
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:


in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 23 June, 2009
le

Signature and/or stamp:
Signature et/ou cachet:

