# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ADVANCED MARKETING SERVICES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 06-11480 (CSS)<br><br>Jointly Administered |
| CURTIS R. SMITH, PLAN ADMINISTRATOR OF ADVANCED MARKETING SERVICES, INC. (REORGANIZED),<br><br>Plaintiff,<br><br>v.<br><br>[See Attached Exhibit A]<br><br>Defendant. | Adv. Pro. No. [SEE ATTACHED EXHIBIT A] (CSS) |

**NOTICE OF FILING OF STATUS REPORT
REGARDING ADVERSARY PROCEEDINGS**

Plaintiff in the above-captioned adversary proceedings (collectively, the "Plaintiff") hereby submits the attached status report regarding adversary proceedings which sets forth the current status of the adversary proceedings commenced by Plaintiff and identified in Exhibit A hereto.

---

[1] The Debtors are the following entities: Advanced Marketing Services, Inc., a Delaware corporation, Publishers Group Incorporated, a California corporation, and Publishers Group West Incorporated, a California corporation.

RLF1-3428450-1

Dated: August 27, 2009
       Wilmington, Delaware

/s/ Marcos A. Ramos
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Marcos A. Ramos (No. 4450)
Michael W. Romanczuk (No. 4751)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

LOWENSTEIN SANDLER PC
Bruce Nathan
Bruce Buechler
Joseph M. Yar
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500

ATTORNEYS FOR THE PLAINTIFF

# EXHIBIT A

|     | Defendant Name                      | Adv. Pro. No. |
|-----|-------------------------------------|---------------|
| 1.  | Bearing Point, Inc.                 | 08-51568      |
| 2.  | Bullocks Express Transportation     | 08-51569      |
| 3.  | Dependable Hawaiian Express         | 08-51570      |
| 4.  | Ediz. White Star, *et al.*          | 08-51571      |
| 5.  | EtransSource.com                    | 08-51572      |
| 6.  | Chart Studio, et al.                | 08-51577      |
| 7.  | Logicalis Inc.                      | 08-51579      |
| 8.  | Next Day Staffing Inc.              | 08-51581      |
| 9.  | LMR Solutions                       | 08-51585      |
| 10. | Miles Kelly Publishing Ltd.         | 08-51586      |
| 11. | Publications International          | 08-51592      |
| 12. | American Book Company               | 08-51817      |
| 13. | Good Books                          | 08-51818      |
| 14. | Etrans Express, Inc.                | 08-51820      |
| 15. | Venture Logistics Services, Inc.    | 08-51821      |
| 16. | Bluered Press, Ltd.                 | 08-51823      |
| 17. | Konemann in Der Tanderm Verlag GMBH | 08-51824      |
| 18. | Igloo Books Ltd.                    | 08-51825      |
| 19. | Five Mile Press                     | 08-51826      |
| 20. | Amber Books Ltd.                    | 08-51827      |
| 21. | Random House Australia              | 08-51867      |
| 22. | Vitran Express                      | 08-51895      |

Advanced Marketing Services, Inc. (Reorganized)
Status A - Cases In Which Service Has Not Been Completed

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Miles Kelly Publishing Ltd. | 08-51586 | A | Plaintiff filed *Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries* (the "Motion") on February 9, 2009. The Court entered an order approving the Motion on March 9, 2009. Court entered Request for Judicial Assistance (Letter Rogatory) on 7/1/09. Plaintiff is working with the special process agent to effectuate service on defendant. |
| Five Mile Press P/L | 08-51826 | A | Plaintiff filed *Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries* (the "Motion") on February 9, 2009. The Court entered an order approving the Motion on March 9, 2009. Court entered Request for Judicial Assistance (Letter Rogatory) on 7/1/09. Plaintiff is working with the special process agent to effectuate service on defendant. |

Advanced Marketing Services, Inc. (Reorganized)
Status B - Cases In Which Service Is Complete, But Answers Are Still Due

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Chart Studio, et al. | 08-51577 | B | Plaintiff filed and served an amended complaint on December 23, 2008. No answer has been filed. Plaintiff believes that it has effectuated proper service. However, as the defendant may be a foreign entity, out of an abundance of caution, Plaintiff filed Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries on February 9, 2009 and an order entered approving the motion was entered on March 9, 2009. Court entered Request for Judicial Assistance (Letter Rogatory) on 7/1/09. Plaintiff is working with the special process agent to effectuate service on defendant. |
| Bluered Press Ltd. | 08-51823 | B | Plaintiff served the complaint by alias summons dated April 17, 2009. No answer has been filed. Plaintiff believes that it has effectuated proper service. However, as the defendant may be a foreign entity, out of an abundance of caution, Plaintiff filed Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries on February 9, 2009 and an order entered approving the motion was entered on March 9, 2009. Court entered Request for Judicial Assistance (Letter Rogatory) on 7/1/09. Plaintiff is working with the special process agent to effectuate service on defendant. |
| Igloo Books Ltd. | 08-51825 | B | Plaintiff served the complaint by alias summons dated April 17, 2009. No answer has been filed. Plaintiff believes that it has effectuated proper service. However, as the defendant may be a foreign entity, out of an abundance of caution, Plaintiff filed Plaintiff's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7004, Seeking Appointment of a Special Process Service Agent to Serve Process on Defendants in Foreign Countries on February 9, 2009 and an order entered approving the motion was entered on March 9, 2009. Court entered Request for Judicial Assistance (Letter Rogatory) on 7/1/09. Plaintiff is working with the special process agent to effectuate service on defendant. |

Advanced Marketing Services, Inc. (Reorganized)
Status B - Cases In Which Service Is Complete, But Answers Are Still Due

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Ediz. White Star, et al. | 08-51571 | B | Plaintiff filed and served an amended complaint on December 23, 2008. Defendant filed a motion to dismiss adversary proceeding on March 16, 2009. Defendant has extended Plaintiff's deadline to respond to the motion to dismiss while the parties are engaged in discussions to determine if the proceeding may be amicably resolved. |

Advanced Marketing Services, Inc. (Reorganized)

Status C - Cases In Which Service is Complete, No Answer Has Been Filed, and A Motion is Being Made for Default Judgment

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| None. | | | |

Advanced Marketing Services, Inc. (Reorganized)
Status D - Cases In Which a Settlement Agreement Has Been Filed With the Court

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| North Light Books | 08-51819 | D | Stipulation of dismissal filed on 7/31/09. |

Advanced Marketing Services, Inc. (Reorganized)
Status E - Cases That Have Been Resolved/Settled, But In Which Notice of Dismissal Cannot Yet Be Filed

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| LMR Solutions | 08-51585 | E | The parties have agreed to a settlement in principle and are working to document their agreement in writing. |
| American Book Company | 08-51817 | E | The parties have agreed to a settlement in principle and are working to document their agreement in writing. |
| Venture Logistics Services, Inc. | 08-51821 | E | The parties have agreed to a settlement in principle and are working to document their agreement in writing. |
| Konemann In Der Tanderm Verlag GMBH | 08-51824 | E | The parties have agreed to a settlement in principle and are working to document their agreement in writing. |
| Amber Books Ltd. | 08-51827 | E | The parties have agreed to a settlement in principle and are working to document their agreement in writing. |
| Vitran Express | 08-51895 | E | The parties executed settlement agreeement. Notice of dismissal will be filed upon clearance of funds. |

3427988_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status F - Cases In Which Service is Complete, Answer Has Been Filed, and Discovery/Disclosures Are Underway

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| None. | | | |

3427988_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status G - Cases In Which a Mediator Has Been Selected or Appointed

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Bullocks Express Transportation | 08-51569 | G | Service is complete, answer has been filed, and pursuant to agreement between the parties discovery has been extended indefinitely. Mediator, Ian Conner Bifferato, assigned on 6/8/09. Mediation is scheduled for 9/24/09. |
| Dependable Hawaiian Express | 08-51570 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. The parties are conferring with the mediator regarding the precise date for mediation. |
| EtransSource.com | 08-51572 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. Mediation is scheduled for 9/22/09. |
| Logicalis Inc. | 08-51579 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. Mediation is scheduled for 9/24/09. |
| Next Day Staffing Inc. | 08-51581 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. Mediation is scheduled for 9/24/09. |
| Publications International | 08-51592 | G | Service is complete, answer has been filed. Plantiff has agreed to extend the deadline for fact discovery until August 28th, 2009 and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. Mediation is scheduled for 9/22/09. |

3427988_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status G - Cases In Which a Mediator Has Been Selected or Appointed

| | | | |
|---|---|---|---|
| Good Books | 08-51818 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. The parties are conferring with the mediator regarding the precise date for mediation. |
| Etrans Express, Inc. | 08-51820 | G | Service is complete, answer has been filed, and pursuant to the scheduling order all discovery should close by September 28, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. Mediation is scheduled for 9/22/09. |
| Random House Australia | 08-51867 | G | Service is complete, answer has been filed, and pursuant to agreement between the parties discovery will close by September 30, 2009. Mediator, Ian Conner Bifferato, assigned on 6/8/09. Mediation is scheduled for 9/23/09. |

3427988_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status H - Cases That Are Ready For Trial

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| None. | | | |

3427988_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status I - Cases In Which There Are Dispositive Motions Pending

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Ediz. White Star, et al. | 08-51571 | I | Plaintiff filed and served an amended complaint on December 23, 2008. Defendant filed a motion to dismiss adversary proceeding on March 16, 2009. Defendant has extended Plaintiff's deadline to respond to the motion to dismiss while the parties are engaged in discussions to determine if the proceeding may be amicably resolved. |

Advanced Marketing Services, Inc. (Reorganized)
Status J - Cases Which Are Stayed By The Filing of Another Bankruptcy Action

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| Bearing Point, Inc. | 08-51568 | J | The defendant filed for Chapter 11 bankruptcy on February 18, 2009 |

3427988_1.XLS

Advanced Marketing Services, Inc. (Reorganized)
Status K - Cases In Which an Appeal is Pending

| Name | Adv. Case No. | Status | Comments |
|---|---|---|---|
| None. | | | |

3427988_1.XLS