# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ADVANCED MARKETING SERVICES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 06-11480 (CSS)<br><br>Jointly Administered<br><br>**Re: Dkt. No. 1938** |
| CURTIS R. SMITH, PLAN ADMINISTRATOR OF ADVANCED MARKETING SERVICES, INC. (REORGANIZED),<br><br>Plaintiff,<br><br>v.<br><br>AMBER BOOKS LTD,<br><br>Defendant. | Adv. Pro. No. 08-51827 (CSS)<br><br>**Re: Dkt. No. 1** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate to the dismissal of this adversary proceeding with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

October 1, 2009
Wilmington, Delaware

October 1, 2009
Wilmington, Delaware

_/s/ Marcos A. Ramos_
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Marcos A. Ramos (No. 4450)
Michael W. Romanczuk (No. 4751)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

LOWENSTEIN SANDLER PC
Bruce Nathan
Bruce Buechler
Joseph M. Yar
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Attorneys for the Plaintiff*

/s/ David L. Finger
FINGER, SLANINA & LIEBESMAN, LLC
David L. Finger (No. 2556)
One Commerce Center
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801-1186
Telephone: (302) 573-2525
Facsimile: (302) 573-2524

-and-

CHUNG & PRESS, P.C.
Daniel M. Press
6718 Whittier Avenue, Suite 200
McLean, VA 22101
Telephone: (703) 734-3800
Facsimile: (703) 734-0590

*Attorneys for the Defendant*